UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN NATIONAL CORPORATION; WALGREEN STORES, INC.; WALGREEN EASTERN COMPANY, INC.; WALGREEN COMPANY; WALGREENS STORE #4361; JOHN DOE 1-10 and ABC CORPORATION1-10<br><br>Defendants. | Civil Action No. 2:21-cv-20236<br><br>**STIPULATION AND ORDER** |
|---|---|

Undersigned counsel for Plaintiff Jane Doe and Defendants Walgreen Eastern Co., Inc., Walgreen Stores, Inc. Walgreen Company, and Walgreens Store #4361 stipulate and agree to the following:

1. Defendant Walgreen's Motion to Dismiss for Lack of Subject Matter Jurisdiction is withdrawn;

2. Plaintiff's Complaint is dismissed without prejudice; and

3. All claims and defenses are preserved.

| **MESSA & ASSOCIATES, P.C.** | **KINNEY LISOVICZ REILLY & WOLFF P.C.** |
|---|---|
| _s/ Laura E. Laughlin_<br>Laura E. Laughlin, Esquire<br>Counsel for Plaintiff | _s/ Julia C. Talarick_<br>Julia C. Talarick, Esquire<br>Counsel for Defendants |

Dated: February 2, 2023

**IT IS SO ORDERED.**

_____
BRIAN R. MARTINOTTI, USDJ